*Help me*

State of Texas
vs.
William Walker

Trial Court Case #
2015CR23 4...

IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
FILED
2015 SEP -3 PM 1:36
KEITH E. HOTTLE, CLERK

8/31/15

To whom it may concern: my name is
William Horace Walker #2006386 and right now
I write this letter under intense pressure &
heavy trials of life. I pray & hope as God as
my witness that this letter will enable you
to act immediately on my behalf, and that it will
generate the urgent response that I feel is
absolutely neccessary. Please read this letter
with an open-mind & a receptive heart.

Today I write to you in desperate hopes
that you will take into consideration my case.
Are you familiar with the term "False Imprisonment"?
Well I am exactly that, I am a bad case of
when Justice goes wrong. Would it be safe to
say that our generation today is somewhat
corrupt? Or that maybe there's been a loss
of connection with morals, standards, principles,
or even a strong value system. Is it safe to say
that even most in todays society have become
completly immersed in "self"? I would think
so. Just the mere fact that some people
conduct themselves in this fashion & subject
themselves to these degrading standards
completly show the characteristic defects in our
general population today. So tell me this,
in a country that was foundated on Liberty

and Justice for all, why is it that when we cash in on a check for Liberty or Justice the accountant says "Insufficient Funds" or "Bad Check." So heres my dilemma: On October 30, 2014 I was booked on a Burglary charge. Case No. 2015-CR-1349, but in actuality I should have been charged with a Misdemenor Theft, but later on it gets enhanced to a Burglary of Habitation. So from the beginning the arresting officer V. Carter dropped the ball. Now I am a very educated man & although Ive made some mistakes in my life, I know enough about the law to know that I did not Burglarize anything. However, I am a reasonable man and I know we all make mistakes. So I was willing to take this wrongful charge into consideration as long as my lawyer cleaned it up in the court of law. Now on this particular night I met a young lady who invited me to her hotel room for a late night of passion. I was told to go to a hotel and ask the hotel clerk for a specific room key and she would be waiting in the room for me. So that's what I did. With the "intention" of meeting up with this young lady for this rendezvous, and under the direct assumption she would be waiting for me, I headed for the room. Upon my arrival I inserted the

hotel key and proceeded to enter the room. As I approached the bed I noticed that the young lady in the bed was not the woman I was there to meet. It was at this moment I realized I was in the wrong room, as I was leaving I noticed a Samsung Galaxy S plugged into a charger. So I unplugged the phone & took it. The police caught up to me 2 days later and questioned me about the phone. I told them the same story and yes I admitted to taking the phone but told them I no longer had it in my possesion. 30 minutes later I was booked on Buglary. This ultimately led to me getting my court appointed attorney Victor R. Gomez #210-383-7714. I confided in Mr. Gomez in numerous ways. I told him to get my charge corrected to a Misdemenor Theft, based on the fact that I had a "key" to get in that room & based on the fact that I went in with the "Intentoons" of Sexual Passion. We all know law is based on "Intent" & one must prove without a "reasonable doubt" that one intended to break the law. Now I'll admit I was guilty of Theft, but that's about it. I requested certain motions to be put in, I requested Bond reductions, Bails to be set, all this to no avail. Mr. Gomez did absolutly nothing to help me in my defense; nor did he ever have my best interests at heart. Now as an "Ordained Minister" & a "Spiritual Man" I'll admit that

I made some pretty bad judgements that night, and although it does not justify my action, I only stole that cell phone because I was "Homeless" & needed food & shelter. It's even on file that I was "Homeless"; "Indigant" during my time fighting this case in Jail. Now the good news out of all this is during my time incarcerated I've made miraculous progressive leaps in reaching my destiny and fulfilling my purpose in life. I've been able to reach over 100 people (inmates & officers) and inspire them towards spiritual growth in change in their lives as well. I've wrote 2 Christian Gospel Contemporary Albums, an Auto-biography book (which will speak about the injustice & corruption of today), over 150 poems, sermons, & Diplomatic speeches, as well as a professional architectural blue print to a church I desire to build upon my release. All in all, I believe I am a force to be reckoned with and a guarantee pillar of society & redemption story ready to be heard & seen. With all that, Mr. Gomez still failed miserably as a Defense lawyer and somehow was able to convince me against my better judgement to sign a plea bargain of a 12 yr. cap in the 290th District court with Judge Melisa Skinner. My lawyer told me that I had no other option or they were going to use my past arrests & take me to trial and give me 25 to life. Now keep in mind I know in the back of my mind something was just not right, but he then promised me that if I signed it that it didn't mean nothing. He told me that it was the State recommendation but that

we would apply for probation. He told me not to worry about nothing because he would get me the probation. I asked him was he sure & he said yes. So I signed the 12yr. cap under the impression that the judge would grant me probation once she'd seen what I had been doing with my time. durring that current 7 months of incarceration, and she would see how frivolous & bogus my case really was. So on June 11, 2015 I went to that court room determined to show these people who don't know me and in actuality don't care about me at all, what a changed man I was. All my family, my church, the inmates & the jailhouse staff were praying for me and rooting for my release. I mean I went through alot during those 7 mos. mockings, insults, Death threats, from jail house gangs (orejon 210, Mexican Mafia, Texas Syndicate, Arion-Brotherhood, Peckerwoods, & Bloods & Crips) but I stood my ground when it came to my faith and my Christianity! It's been a long journey & Lord knows I just want to go home to the ones who love me. Anyway there was even a Pastor who came to my court date and testified on my behalf. He & I both gave exhilarating & electrifying testimonies about what God had done. I was amazed at the words that were spilling from my heart & my mouth. Words that came directly from the core of my soul, directly from God. Well at the end of course the District Attorney

P.S. "Please send me some kind of actual response that will shed some light on my situation" A letter stating that you recieved my letter tells me nothing about my situation. - Thank you.

did everything in his power to discredit both testimonies. He also went as far a saying he didn't believe my Christianity was even credible and that he thought I was a fake. All of this led to the Judge denying me community supersivision & giving me the full 12 yr. sentence. On top of that my lawyer had made me plea No contest when I was guilty. I didn't even know what no contest meant until the day I got sentenced. After leaving that court room I knew justice had been denied to me. My lawyer also tripped over another lawyers briefease as I was being escorted out of the courtroom, which to me is symbolic of his failure to me. So here I sit in T.D.C. for 12 yrs. for stealing a cell phone. I've wrote just about every possible person I could from the Judge, to the mayor, the guvenor, to the NAACP, to the State Bar, even to the President. I've also took the liberty of having my family contact some media outlets too. My story will be told. So please Court of Appeals take into serious consideration my situation & understand the severity of it. You are the only hope out side of God I have left. Look at the police report the fuets are in Black & White. Let's be honest you & I both know these people don't care for me. I'm just another # to them. I don't want to be another statistic part of a high recidivism rate. I choose life, I want to live. Please make the people reopen my case. God will be pleased if you do. If not please send me a 1983 form, I will just move forward with a law suit against the state of Texas. Thank you & May Good Lord Bless you & Direct your decision making sincerly

William Walker #2006386
Garza West
4250 Hwy 202
Beeville, Tx. 78102

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
01 SEP 2015 PM 2 L





Legal
Mail

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 SEP -3 PM 1:36

KEITH E. HOTTLE, CLERK

Court of Appeals
Fourth Court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205

7820S303799



PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION